(April 18, 1985)

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDNEY CULVER, Appellant.

We have withheld decision in this matter on two previous occasions because of an inadequate record which prevented our review of the correctness of County Court's *Sandoval* ruling (106 AD2d 680; 102 AD2d 924). We have now received a transcript which reveals County Court's reasoning for its *Sandoval* ruling. We have examined defendant's other arguments and find that none warrant reversal.

Judgment affirmed. Mahoney, P. J., Main, Weiss, Levine and Harvey, JJ., concur.